**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 20 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT P. SMITH, III, | No. 12-17019 |
| Plaintiff - Appellant, | D.C. No. 3:10-cv-02959-CRB |
| v. | |
| STATE OF CALIFORNIA, | MEMORANDUM[*] |
| Defendant, | |
| And | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and A. HEDGPETH, | |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Charles R. Breyer, Senior District Judge, Presiding

Submitted November 17, 2014[**]
San Francisco, California

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Before: REINHARDT, THOMAS, and CHRISTEN, Circuit Judges.

In light of the Defendants' concession that they were not "prevailing part[ies]" within the meaning of Federal Rule of Civil Procedure 54(d)(1) and that the award of costs should be reversed, we reverse the award of costs.

**REVERSED.**